IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | ) | |
|---|---|---|
| JAQUETTA PANNELL, | ) | |
| | ) | Case No. 4:12-cv-00014 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **JUDGMENT ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | By: Jackson L. Kiser, |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

For the reasons stated in the accompanying Memorandum Opinion, I hereby enter judgment in favor of Defendant, United States of America.

The clerk is directed to send a copy of the Order and accompanying Memorandum Opinion to all counsel of record. The clerk is further directed to remove this case from the active docket of this Court.

Entered this 4th day of April, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE